*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

09/28/2017

FILED
District of Columbia
Court of Appeals

*Julio Castillo*
Clerk of Court

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 17-BG-24**

IN RE ARIEL STRAUSS

**2016 DDN 282**

An Inactive Member of the Bar of
the District of Columbia Court of Appeals

**Bar Reg. No. 495210**

BEFORE: Beckwith, Associate Judge, and Steadman and Reid, Senior Judges.

**O R D E R**
(Filed – September 28, 2017)

On consideration of the certified order of the Supreme Judicial Court for Suffolk County, Massachusetts, suspending respondent from the practice of law for six months with conditions; this court's June 9, 2017, order temporarily suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; respondent's response in which he does not oppose identical reciprocal discipline; and it appearing that respondent filed the required D.C. Bar R. XI, § 14 (g) affidavit on July 10, 2017, it is

ORDERED that Ariel Strauss is hereby suspended from the practice of law in the District of Columbia for a period of six months, subject to the conditions imposed by the state of Massachusetts. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). For purposes of reinstatement, the suspension will be deemed to run *nunc pro tunc* from July 10, 2017.

**PER CURIAM**